UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VERA BROWN, Individually and as the Representative and next of Kin of KENNETH BROWN, deceased,

                    Plaintiff,

    - against -

INCORPORATED VILLAGE OF HEMPSTEAD, THE POLICE DEPARTMENT OF THE VILLAGE OF HEMPSTEAD, JAMES RUSSO, as Hempstead Village Police Chief, LT. SHERI HINES, VOH P.O. FRANK PUMA, VOH P.O. DONALD SIMONE, COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, WILLIAM WILLETT, as Nassau County Police Commissioner, NC P.O. BRIAN PARPAN, NC P.O. RICHARD LANE, VARIOUS UNNAMED HEMPSTEAD VILLAGE POLICE OFFICERS (Known and Unknown), VARIOUS UNNAMED NASSAU COUNTY POLICE OFFICERS (Known and Unknown), VARIOUS UNNAMED NASSAU COUNTY EMERGENCY SERVICE POLICE and OTHER OFFICERS (Known and Unknown), and JOHN DOES 1-5 and JANE DOES 1-3, All Named Parties Individually and in Their Official Capacities as Hempstead Village and Nassau County Police Officers,

                    Defendants.

------------------------------------------------------------X

**JUDGMENT**

CV-02-4988 (TCP)

      A Memorandum and Order of Honorable Thomas C. Platt, United States District Judge, having been filed on August 6, 2003, adopting the Report and Recommendation of Magistrate

Judge Michael L. Orenstein, dated July 10, 2003, and dismissing this case without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that the case is dismissed without prejudice.


Dated: Long Island, New York
       August 27, 2003

                                      ROBERT C. HEINEMANN
                                      CLERK OF THE COURT

                       By:    /s/ Ralph Branciforte
                                 Deputy Clerk